# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM PATRICK LAWLER, as an individual and as trustee of The W Lawler Family Trust DTD Feb 7, 2003,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE BANK; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:18-cv-01113 AG (DFMx)<br><br>Assigned to The Hon Andrew J. Guilford<br><br>**ORDER OF DISMISSAL PURSUANT TO STIPULATION [30]**<br><br>*[F.R.C.P. 41(a)]* |

The Parties having reached a resolution of this matter, having jointly stipulated that this matter be dismissed, and good cause appearing therefor,

IT IS ORDERED that the matter is DISMISSED, WITH PREJUDICE.

Dated: July 17, 2020

Michael W. Fitzgerald
United States District Judge

1